UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                    Plaintiff,

                                               DECISION AND ORDER

                                                 01-CR-6001L
                                                 01-CR-6002L
                                                 01-CR-6078L

                    v.

ANTHONY F. LEONARDO, JR.,

                    Defendant.

_____

       Resentencing in this case is currently scheduled for May 8, 2009. The original presentence report and a supplement to it has been provided to the Court and to the parties.

       If the parties intend to file written submissions, they must be filed with the Court on or before April 30, 2009.

       At one point, the defendant had signed a waiver of his right to appear at resentencing. Unless defense counsel advises the Government, in writing, that the defendant need be produced, we will proceed based on the waiver.

       IT IS SO ORDERED.

                                  _____
                                     DAVID G. LARIMER
                               United States District Judge

Dated: Rochester, New York
       April 8, 2009.